IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02336-PAB

UNITED STATES OF AMERICA ex rel.
Angela Prough and the State of Colorado,

    Plaintiff,

v.                                        **CASE RESTRICTED**

SUNOVION PHARMACEUTICALS,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the United States of America's Notice of Decision to Decline Intervention in Qui Tam Action [Docket No. 13]. The United States has declined to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). It is

**ORDERED** that the parties shall serve all pleadings and motions filed in this action upon the United States, that the parties shall serve all notices of appeal upon the United States, and that all Orders of this Court shall be sent to the United States. It is further

**ORDERED** that the United States may order any deposition transcripts in this action. It is further

**ORDERED** that the United States may intervene in this action at a later date, for good cause. It is further

**ORDERED** that, should the relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

DATED December 31, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge