IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02336-PAB

UNITED STATES OF AMERICA ex rel.
Angela Prough and the State of Colorado,

    Plaintiff,

v.

SUNOVION PHARMACEUTICALS,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on the United States' Motion to Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings [Docket No. 15]. It is

    **ORDERED** that the Clerk of Court shall unrestrict this case. It is further

    **ORDERED** that Docket Nos. 6, 8, and 11 shall remain at Level 2 restriction. It is further

    **ORDERED** that the Complaint, the Notice of Election to Decline Intervention, the Order issued after declination, the Motion to Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings, this Order, and all other filings (except Docket Nos. 6, 8, and 11) shall be unrestricted and publicly accessible.

    DATED January 12, 2015.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge