IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02336-PAB-MEH

ANGELA PROUGH, on behalf of the United States of American and the States of , California, Colorado, Arkansas, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, Wisconsin, and the District of Columbia,

    Plaintiff/Relator,

v.

SUNOVION PHARMACEUTICALS, INC.,

    Defendant;

UNITED STATES OF AMERICA,

    Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2015**.

    For good cause shown, Plaintiff/Relator's Unopposed Motion to Modify Order of July 22, 2015 [filed July 23, 2015; docket #38] is **granted** as follows:

(1)    The Plaintiff/Relator shall file a Third Amended Complaint no later than August 18, 2015;

(2)    The Defendant shall file an answer or other response to the Third Amended Complaint on or before September 18, 2015; and

(3)    If the Defendant's response to the Third Amended Complaint is a motion to dismiss, the Plaintiff shall file a response to the motion on or before October 19, 2015; and the Defendant may file a reply on or before November 2, 2015.

All other deadlines and conference dates will remain unchanged.