IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02336-PAB-MEH

ANGELA PROUGH, on behalf of the United States of American and the States of , California, Colorado, Arkansas, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, Wisconsin, and the District of Columbia,

      Plaintiff/Relator,

v.

SUNOVION PHARMACEUTICALS, INC.,

      Defendant;

UNITED STATES OF AMERICA,

      Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2015**.

      For good cause shown, the Joint Motion to Stay in Light of Progress Toward Agreement on Terms of Settlement [filed October 2, 2015; docket #48] is **granted** as follows:

(1)    The deadlines set forth in this Court's August 17, 2015 order are **stayed** temporarily for 14 days; and

(2)    The parties shall file dismissal papers or a status report with the Court on or before October, 16, 2015.