IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02336-PAB-MEH

Angela Prough, on behalf of the United States of America and the
States of California, Colorado, Arkansas, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, Wisconsin, and the District of Columbia,

    Plaintiff/Relator,

v.

SUNOVION PHARMACEUTICALS,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal [Docket No. 51], the United States' Consent to Relator's Notice of Voluntary Dismissal [Docket No. 52], and relator's Notice of Voluntary Dismissal [Docket No. 46]. The Court has reviewed the pleadings and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1), this matter, and all claims asserted therein, is dismissed with prejudice as to Relator and without prejudice as to the United States of America, with each party to bear its own attorneys' fees and costs.

DATED October 15, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge